No. 306. PEARCE *v.* COMMISSIONER OF INTERNAL REVENUE. October 13, 1941. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit

granted. *Mr. Gordon S. P. Kleeberg* for petitioner. *Assistant Solicitor General Fahy, Assistant Attorney General Clark,* and *Messrs. J. Louis Monarch* and *Michael H. Cardozo, IV,* for respondent.